JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff

*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❐ 1   U.S. Government
        Plaintiff

❐ 3   Federal Question
        *(U.S. Government Not a Party)*

❐ 2   U.S. Government
        Defendant

❐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❐ 1 | ❐ 1 | Incorporated *or* Principal Place of Business In This State | ❐ 4 | ❐ 4 |
| Citizen of Another State | ❐ 2 | ❐ 2 | Incorporated *and* Principal Place of Business In Another State | ❐ 5 | ❐ 5 |
| Citizen or Subject of a Foreign Country | ❐ 3 | ❐ 3 | Foreign Nation | ❐ 6 | ❐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❐ 110 Insurance | **PERSONAL INJURY**            **PERSONAL INJURY** | ❐ 625 Drug Related Seizure of Property 21 USC 881 | ❐ 422 Appeal 28 USC 158 | ❐ 375 False Claims Act |
| ❐ 120 Marine | ❐ 310 Airplane            ❐ 365 Personal Injury - | ❐ 690 Other | ❐ 423 Withdrawal 28 USC 157 | ❐ 376 Qui Tam (31 USC 3729(a)) |
| ❐ 130 Miller Act | ❐ 315 Airplane Product                     Product Liability | | | ❐ 400 State Reapportionment |
| ❐ 140 Negotiable Instrument | Liability            ❐ 367 Health Care/ | | **PROPERTY RIGHTS** | ❐ 410 Antitrust |
| ❐ 150 Recovery of Overpayment & Enforcement of Judgment | ❐ 320 Assault, Libel & Slander                     Pharmaceutical Personal Injury | | ❐ 820 Copyrights ❐ 830 Patent | ❐ 430 Banks and Banking ❐ 450 Commerce |
| ❐ 151 Medicare Act | ❐ 330 Federal Employers'                     Product Liability | | ❐ 840 Trademark | ❐ 460 Deportation |
| ❐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability            ❐ 368 Asbestos Personal ❐ 340 Marine                     Injury Product ❐ 345 Marine Product                     Liability | **LABOR** | **SOCIAL SECURITY** | ❐ 470 Racketeer Influenced and Corrupt Organizations ❐ 480 Consumer Credit |
| ❐ 153 Recovery of Overpayment of Veteran's Benefits | Liability            **PERSONAL PROPERTY** ❐ 350 Motor Vehicle            ❐ 370 Other Fraud | ❐ 710 Fair Labor Standards Act | ❐ 861 HIA (1395ff) ❐ 862 Black Lung (923) | ❐ 490 Cable/Sat TV ❐ 850 Securities/Commodities/ |
| ❐ 160 Stockholders' Suits | ❐ 355 Motor Vehicle            ❐ 371 Truth in Lending | ❐ 720 Labor/Management Relations | ❐ 863 DIWC/DIWW (405(g)) | Exchange |
| ❐ 190 Other Contract | Product Liability            ❐ 380 Other Personal | ❐ 740 Railway Labor Act | ❐ 864 SSID Title XVI | ❐ 890 Other Statutory Actions |
| ❐ 195 Contract Product Liability | ❐ 360 Other Personal                     Property Damage | ❐ 751 Family and Medical | ❐ 865 RSI (405(g)) | ❐ 891 Agricultural Acts |
| ❐ 196 Franchise | Injury            ❐ 385 Property Damage ❐ 362 Personal Injury -                     Product Liability | Leave Act ❐ 790 Other Labor Litigation | | ❐ 893 Environmental Matters ❐ 895 Freedom of Information |
| | Medical Malpractice | ❐ 791 Employee Retirement | **FEDERAL TAX SUITS** | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**            **PRISONER PETITIONS** | Income Security Act | ❐ 870 Taxes (U.S. Plaintiff or Defendant) | ❐ 896 Arbitration ❐ 899 Administrative Procedure |
| ❐ 210 Land Condemnation | ❐ 440 Other Civil Rights            **Habeas Corpus:** | | ❐ 871 IRS—Third Party | Act/Review or Appeal of |
| ❐ 220 Foreclosure | ❐ 441 Voting            ❐ 463 Alien Detainee | | 26 USC 7609 | Agency Decision |
| ❐ 230 Rent Lease & Ejectment | ❐ 442 Employment            ❐ 510 Motions to Vacate | | | ❐ 950 Constitutionality of |
| ❐ 240 Torts to Land | ❐ 443 Housing/                     Sentence | | | State Statutes |
| ❐ 245 Tort Product Liability | Accommodations            ❐ 530 General | | | |
| ❐ 290 All Other Real Property | ❐ 445 Amer. w/Disabilities -            ❐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment            **Other:** | ❐ 462 Naturalization Application | | |
| | ❐ 446 Amer. w/Disabilities -            ❐ 540 Mandamus & Other | ❐ 465 Other Immigration | | |
| | Other            ❐ 550 Civil Rights | Actions | | |
| | ❐ 448 Education            ❐ 555 Prison Condition | | | |
| | ❐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❐ 1   Original
        Proceeding

❐ 2   Removed from
        State Court

❐ 3   Remanded from
        Appellate Court

❐ 4   Reinstated or
        Reopened

❐ 5   Transferred from
        Another District
        *(specify)*

❐ 6   Multidistrict
        Litigation -
        Transfer

❐ 8   Multidistrict
        Litigation -
        Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❐ CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

**JURY DEMAND:**    ❐ Yes    ❐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE