# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| WHITE GLOVE STAFFING, INC., and CAROLYN CLAY, Individually, and on Behalf of a Class of Similarly Situated Individuals, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:17-CV-1158-K |
| METHODIST HOSPITALS OF DALLAS, and DALLAS METHODIST HOSPITALS FOUNDATION, | § § § § § | |
| Defendants. | § § § § | |

## ORDER

Before the Court is Defendants' Rule 12(b)(6) Motion to Dismiss and Brief in Support (Doc. No. 7). Plaintiffs filed Plaintiffs' First Amended Class Action Complaint on June 15, 2017 (Doc. No. 13). In light of Plaintiffs' First Amended Class Action Complaint, this motion is moot.

**SO ORDERED.**

Signed June 30th, 2017.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1