# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **WHITE GLOVE STAFFING, INC., AND CAROLYN CLAY, Individually, and on Behalf of a Class of Similarly Situated Individuals,** | § § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CIVIL ACTION NO.** |
| **METHODIST HOSPITALS OF DALLAS, AND DALLAS METHODIST HOSPITALS FOUNDATION,** | § § § § § | **3:17-CV-01158-K** |
| **Defendants.** | § | |

## JOINT DESIGNATION OF AGREED MEDIATOR

Pursuant to the Court's Amended Scheduling Order entered June 29, 2017, the parties hereby designate Kathy Fragnoli, 4514 Cole Avenue #1450, Dallas, Texas 75205, as Mediator in this case.

Respectfully submitted,

/s/ Matthew R. Scott
MATTHEW R. SCOTT
Texas Bar No. 00794613
matt.scott@scottperezlaw.com
JAVIER PEREZ
Texas Bar No. 24083650
javier.perez@scottperezlaw.com
**SCOTT | PEREZ LLP**
Founders Square
900 Jackson Street, Suite 550
Dallas, Texas  75202
214-965-9675 / 214-965-9680 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**

**AND**

---

/s/ Simon D. Whiting
SIMON D. WHITING
Texas State Bar No.: 21373600
NICOLE L. TONG
Texas State Bar No.: 21466202
**Burford & Ryburn, L.L.P.**
500 North Akard Street, Suite 3100
Dallas, Texas 75201-6697
Telephone: 214-740-3119
Facsimile: 214-740-2832
Email: swhiting@brlaw.com
Email: ntong@brlaw.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on all counsel of record via the Court's ECF system on July 7, 2017.

/s/ Matthew R. Scott
MATTHEW R. SCOTT

---

**Joint Designation of Agreed Mediator**                                      **Page 2**