IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WHITE GLOVE STAFFING, INC., | § | |
| AND CAROLYN CLAY, Individually, | § | |
| and on Behalf of a Class of Similarly | § | |
| Situated Individuals, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 3:17-CV-01158-K |
| METHODIST HOSPITALS OF | § | |
| DALLAS, AND DALLAS METHODIST | § | |
| HOSPITALS FOUNDATION, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' DESIGNATION OF EXPERT
WITNESSES ON ATTORNEY'S FEES AND COSTS**

**I.**

**INTRODUCTION**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiffs file this Designation of

Expert Witnesses on Attorney's Fees and Costs.

**II.**

**EXPERT DESIGNATION**

**Rule 26(a)(2)(A).**

**Name, address, and telephone number of expert.**

1.    Matthew R. Scott, Scott | Perez LLP, Founders Square, 900 Jackson Street, Suite 550, Dallas, Texas 75202, 214-965-9675 / 214-965-9680 (Facsimile).

2.    J. Derek Braziel, Lee & Braziel, 1801 North Lamar Street, Suite 325, Dallas, TX    75202, 214-749-1400  /  214-749-1010 (Facsimile).

---

3.      John W. Griffin, Jr., Marek, Griffin & Knaupp, 203 N. Liberty Street, Victoria, TX  77901, 361-573-5500 / 361-214-573-5040 (Facsimile).

4.      John E. Wall, Jr., Law Office of John Wall, Jr., 5728 Prospect Avenue, Suite 2001, Dallas, TX 75206, 214-887-0100 / 214-887-0173.

**Rule 26(a)(2)(B).**

Not applicable.

**Rule 26(a)(2)(C).**

**(i).      The subject matter on which the expert is expected to present evidence**

1.      Mr. Scott will testify regarding the reasonableness and necessity of the attorney's fees and costs Plaintiff incurs in this lawsuit, and may testify regarding the reasonableness and necessity of the attorney's fees Defendant(s) incurs in this case.  Mr. Scott will also testify regarding the reasonableness of the hourly rates sought by Plaintiff's attorneys in this case, and may testify regarding the reasonableness of the hourly rates incurred by Defendant(s) attorneys in this case.

2.      Mr. Braziel, Mr. Griffin, and Mr. Wall will testify regarding the reasonableness and necessity of the attorney's fees and costs Plaintiff incurs in this lawsuit, and may testify regarding the reasonableness and necessity of the attorney's fees Defendant(s) incurs in this case.  Mr. Braziel, Mr. Griffin, and Mr. Wall will also testify regarding the reasonableness of the hourly rates sought by Plaintiff's attorneys in this case, and may testify regarding the reasonableness of the hourly rates incurred by Defendant(s) attorneys in this case.

**(ii).    Summary of the facts and opinions to which the witness is expected to testify.**

1.    Mr. Scott will testify regarding the reasonableness and necessity of the attorney's fees and costs Plaintiff incurs in this lawsuit, including the reasonableness of the hourly rates charged by Plaintiff's attorneys, and he may also testify regarding the reasonableness and necessity of the attorney's fees Defendant(s) incurs in this case, including the reasonableness of the hourly rates charged by Defendant(s) attorneys.  To reach his conclusions and opinions, Mr. Scott will review all the pleadings, discovery, and other documents in this lawsuit, including depositions, as well as the time records of all attorneys for whom attorney's fees are sought.  In reaching his opinions and conclusions, Mr. Scott will employ the lodestar method for calculating attorney's fees, as approved by the United States and Texas Supreme Courts.  Mr. Scott will take into consideration the twelve factors set out in Johnson v. Georgia Highway Express, Inc., and give consideration to the factors set forth in Texas Disciplinary Rule 1.04.  Mr. Scott will testify as to his familiarity with the type of litigation involved in this matter, the legal services ordinarily and necessarily performed by attorneys handling such a matter, and the reasonable, usual, and customary attorney's fees and rates normally charged for handling such matters in counties throughout the State of Texas, both for Plaintiffs and for Defendants.  Mr. Scott will rely on his training and personal experience, as well as his experience preparing cases for trial, and trying cases before a jury.  Mr. Scott will also testify regarding the reasonableness of the hourly rate charged by Plaintiff's attorneys in this case, based on his experience both at large defense firms and labor and employment boutique firms handling employment cases from the management perspective, as well as his experiencing handling cases for individuals.

2.  Mr. Braziel, Mr. Griffin, and Mr. Wall will testify regarding the reasonableness and necessity of the attorney's fees and costs Plaintiff incurs in this lawsuit, including the reasonableness of the hourly rates charged by Plaintiff's attorneys, and they may also testify regarding the reasonableness and necessity of the attorney's fees Defendant(s) incurs in this case, including the reasonableness of the hourly rates charged by Defendant(s) attorneys.  To reach their conclusions and opinions, Mr. Braziel, Mr. Griffin, and Mr. Wall will review all the pleadings, discovery, and other documents in this lawsuit, including depositions, as well as the time records of all attorneys for whom attorney's fees are sought.  In reaching their opinions and conclusions, Mr. Braziel, Mr. Griffin, and Mr. Wall will employ the lodestar method for calculating attorney's fees, as approved by the United States and Texas Supreme Courts.  Mr. Braziel, Mr. Griffin, and Mr. Wall will take into consideration the twelve factors set out in Johnson v. Georgia Highway Express, Inc., and give consideration to the factors set forth in Texas Disciplinary Rule 1.04.  Mr. Braziel, Mr. Griffin, and Mr. Wall will testify as to their familiarity with the type of litigation involved in this matter, the legal services ordinarily and necessarily performed by attorneys handling such a matter, and the reasonable, usual, and customary attorney's fees and rates normally charged for handling such matters in counties throughout the State of Texas, both for Plaintiffs and for Defendants.  Mr. Braziel, Mr. Griffin, and Mr. Wall will rely on their training and personal experience, as well as their experience preparing cases for trial, and trying cases before a jury.  Mr. Braziel, Mr. Griffin, and Mr. Wall will also testify regarding the reasonableness of the hourly rate charged by Plaintiff's attorneys in this case, based on their experience.

Respectfully submitted,

 /s/ Matthew R. Scott
MATTHEW R. SCOTT
Texas Bar No. 00794613
matt.scott@scottperezlaw.com
JAVIER PEREZ
Texas Bar No. 24083650
javier.perez@scottperezlaw.com
**SCOTT | PEREZ LLP**
Founders Square
900 Jackson Street, Suite 550
Dallas, Texas  75202
214-965-9675 / 214-965-9680 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on the following counsel of record via email on July 20, 2017.

Simon Whiting
swhiting@brlaw.com
Burford & Ryburn
500 N. Akard St., Suite 3100
Dallas, Texas 75201
Attorneys for Defendant


 /s/ Matthew R. Scott
MATTHEW R. SCOTT