IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WHITE GLOVE STAFFING, INC. AND CAROLYN CLAY, Individually, And on Behalf of a Class of Similarly Situated Individuals<br><br>Plaintiff,<br><br>v.<br><br>METHODIST HOSPITALS OF DALLAS, AND DALLAS METHODIST HOSPITALS FOUNDATION<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:17-cv-01158-K |

## DEFENDANTS' RULE 26(a)(2) EXPERT WITNESS DESIGNATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW**, Methodist Hospitals of Dallas and Dallas Methodist Hospitals Foundation ("Defendants"), in the above entitled and numbered cause, and hereby serve this their Expert Witness Designation pursuant to Rule 26(a)(2) of the FEDERAL RULES OF CIVIL PROCEDURE, as follows:

**I.**

Simon D. Whiting
BURFORD & RYBURN, L.L.P.
500 North Akard Street, Suite 3100
Dallas, Texas 75201-6697
Telephone: 214-740-3119
Facsimile: 214-740-2832
Email: swhiting@brlaw.com

Mr. Whiting is Defendants' attorney of record and will testify regarding the reasonableness and necessity of attorneys' fees sought by Defendants and may testify regarding the reasonableness and/or necessity of attorneys' fees sought by Plaintiffs.

DEFENDANTS' RULE 26(a)(2) EXPERT WITNESS DESIGNATION - Page 1
1375039.1 217-1411

Respectfully submitted,

BURFORD & RYBURN, L.L.P.

By:   /s/ Nicole L. Tong
      SIMON D. WHITING
      Texas State Bar No.: 21373600
      NICOLE L. TONG
      Texas State Bar No.: 21466202

      500 North Akard Street, Suite 3100
      Dallas, Texas 75201-6697
      Telephone:  214-740-3119
      Facsimile:  214-740-2832
      Email:  swhiting@brlaw.com
      Email:  ntong@brlaw.com

      **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case file system of the Court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by FEDERAL RULE OF CIVIL PROCEDURE 5(b)(2).

DATED: July 25, 2017.

      /s/ Nicole L. Tong
      NICOLE L. TONG

DEFENDANTS' RULE 26(a)(2) EXPERT WITNESS DESIGNATION - Page 2
1375039.1 217-1411