IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WHITE GLOVE STAFFING, INC. AND CAROLYN CLAY,<br><br>    Plaintiffs,<br><br>v.<br><br>METHODIST HOSPITALS OF DALLAS AND DALLAS METHODIST HOSPITALS FOUNDATION,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>3:17-CV-01158-K |

## STIPULATION OF DISMISSAL OF DEFENDANTS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE, it is hereby stipulated that Plaintiff Carolyn Clay, Individually, and Defendants Methodist Hospitals of Dallas and Dallas Methodist Hospitals Foundation (collectively, the "Parties") have agreed that all Plaintiff Carolyn Clay's claims in the above-entitled case against Defendants Methodist Hospitals of Dallas and Dallas Methodist Hospitals Foundation shall be dismissed with prejudice, and that the Parties shall bear their own respective costs, including attorneys' fees or other expenses of this litigation.


Respectfully submitted,

By: /s/ Matthew R. Scott
MATTHEW R. SCOTT                 and    ROYCE B. WEST
Texas Bar No. 00794613                  Texas Bar No. 21206800
matt.scott@cottperezlaw.com             Royce.w@westllp.com
JAVIER PEREZ                            VERETTA L. FRAZIER
Texas Bar No. 24083650                  Texas Bar No. 00793264
javier.perez@scottperezlaw.com          veretta.f@westllp.com
**SCOTT | PEREZ LLP**                   **WEST & ASSOCIATES, LP**
Founders Square                         320 S.R.L. Thornton Freeway
900 Jackson Street, Suite 550           Suite 300
Dallas, Texas 75202                     Dallas, Texas 75203
214-965-9675 / 965-9680 Fax             214-941-1881 / 364-7138 Fax
**ATTORNEYS FOR PLAINTIFF**             **ATTORNEYS FOR PLAINTIFF**

**AND**

**BURFORD & RYBURN, L.L.P.**

By: /s/ Simon D. Whiting
SIMON D. WHITING
Texas State Bar No. 21373600
NICOLE L. TONG
Texas State Bar No. 21466202

500 North Akard Street, Suite 3100
Dallas, Texas 75201-6697
Telephone: 214-740-3119
Facsimile: 214-740-2832
Email: swhiting@brlaw.com
Email: ntong@brlaw.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case file system of the Court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by FEDERAL RULE OF CIVIL PROCEDURE 5(b)(2).

DATED: November 28, 2018

/s/ Simon D. Whiting
SIMON D. WHITING