IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WHITE GLOVE STAFFING, INC., CAROLYN CLAY, LINDEY DANCEY, LEA REED, and KAMARIO SIMPSON, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:17-CV-1158-K |
| METHODIST HOSPITALS OF DALLAS and DALLAS METHODIST HOSPITALS FOUNDATION, | § § § § § | |
| Defendants. | § | |

## JUDGMENT

The Court enters this Judgment pursuant to the Court's Memorandum Opinion and Orders entered September 19, 2018 and October 23, 2018 granting Defendants' Motion for Partial Summary Judgment.

It is therefore, ORDERED, ADJUDGED, and DECREED that Plaintiffs White Glove Staffing, Inc., Lindey Dancey, Lea Reed, and Kamario Simpson take nothing by this suit against Defendants Methodist Hospitals of Dallas and Dallas Methodist

Hospitals Foundation. The Court **DISMISSES with prejudice** the claims presented and orders the Parties to bear their own respective costs.

**SO ORDERED.**

December 3rd, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE