IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WHITE GLOVE STAFFING, INC., and CAROLYN CLAY, § § § § § § § § § § § § § § | |
| *Plaintiffs* | |
| v. | Case No. 3:17-cv-1158-K |
| METHODIST HOSPITALS OF DALLAS and DALLAS METHODIST HOSPITALS FOUNDATION, | |
| *Defendants.* | |

**PLAINTIFF WHITE GLOVE STAFFING, INC.'S NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff White Glove Staffing, Inc. ("Plaintiff" or "White Glove") hereby appeals to the United State Court of Appeals for the Fifth Circuit from the Judgment [Dkt. No. 103] entered in this action on or about December 3, 2018, and all other orders and rulings leading up to and associated with that Judgment, including the Court's September 7, 2017 Memorandum Opinion and Order [Dkt. No. 27] granting Defendants' Motion to Dismiss, the Court's August 29, 2018 Order [Dkt. No. 65] denying White Glove's Motion for Reconsideration, and the Court's October 23, 2018 Memorandum Opinion and Order [Dkt. No. 93] granting Defendants' Motion for Partial Summary Judgment as to White Glove.

On this date, Plaintiff White Glove has also paid the filing fee of $505 associated with a Notice of Appeal to the United States Court of Appeals for the Fifth Circuit

Dated this 2nd day of January, 2019.

Respectfully submitted,

*/s/ Cortney C. Thomas*
Cortney C. Thomas
  State Bar No. 24075153
  cort@brownfoxlaw.com
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

**ATTORNEY FOR PLAINTIFF WHITE GLOVE STAFFING, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 2, 2019, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Cortney C. Thomas*
Cortney C. Thomas